**Exhibit A to the Complaint**

**Location:** Middlesex, NJ  
**Total Works Infringed:** 46

**IP Address:** 173.63.2.119  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 333EF607453E84D6528AC24F90BAF0FAD4A1117A  File Hash: 8D68759EBB0D26D114D773A87E8A1E37F1FD3735B98773BB38286C4C8F1F36F1 | 11/09/2020 15:47:59 | Tushy | 03/27/2019 | 04/29/2019 | PA0002169944 |
| 2 | Info Hash: BFB0C6B34A693BC40981D11313056612733E3A70  File Hash: E34055F5852A70C622B59D143625DB8E1A4FCF516F5F7DD57D66C551CA45D632 | 03/29/2020 12:24:48 | Tushy | 11/17/2018 | 12/10/2018 | PA0002145827 |
| 3 | Info Hash: 642E0CBC2CC4510978E835A1A110DB3AFCCA7A01  File Hash: 88BFA21A2FA90A82F48A0B1D6EA087EEC44A7701B46620CBE9492D37880B8DED | 03/29/2020 12:24:32 | Tushy | 02/10/2020 | 03/15/2020 | PA0002240548 |
| 4 | Info Hash: BAA55CC2BD7D2BD91189DC26C3FD53F898AE653A  File Hash: 98CCD0C90F6498F351958A48B4A4E0FD5219A7C916DDB4DF07F182ED22822A6C | 03/29/2020 12:24:30 | Vixen | 03/27/2020 | 04/17/2020 | PA0002246166 |
| 5 | Info Hash: 0EC2834C4C7E688A56E3A0942F391CAD87B2492C  File Hash: D73F30D4F6E0B872CE6CD202B5F6BCC35CC4E34A609DB618D1C18394FF9013AA | 03/29/2020 12:20:41 | Vixen | 02/28/2018 | 04/17/2018 | PA0002116071 |
| 6 | Info Hash: 44F6C759F4752247486CF56C77F44FEA0E1065F2  File Hash: B5F3A600958B723AD756C1824A61F32D79C2951D7DE7885026524896D4719DE7 | 03/10/2020 18:42:51 | Tushy | 11/17/2017 | 01/04/2018 | PA0002069336 |
| 7 | Info Hash: CEE462E153022160220F9EFA7811B8C65AD320AB  File Hash: 4FEC07A245741F5D6C5231D96FF2C0D6F0C292F5943A4A7C1520D61B3DD51A68 | 03/10/2020 18:42:02 | Blacked Raw | 03/13/2019 | 04/17/2019 | PA0002186977 |
| 8 | Info Hash: F4695C8F59FD86DCDB069CEB3A1866FDD5E3BE43  File Hash: CDFFB7F3BE90953602038C71009A204B72D47B1345941FB049F43195C66FBD9E | 03/10/2020 14:21:20 | Vixen | 02/03/2020 | 03/15/2020 | PA0002240554 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 1F3C71A8C75CE5A96C4CDFC55B75C9DBFE80BA96<br>File Hash: 52865408104AC768530DEA3C59663B162044009E55011D199911AD3138B2005F | 03/10/2020 14:20:36 | Vixen | 10/26/2018 | 12/10/2018 | PA0002145824 |
| 10 | Info Hash: 0B16A208BEADDD678419B8716E6FE471808B9313<br>File Hash: 7AA691861947F39788FE102CEEF1BAEA8F4915864D1443CF8249FE72C3203669 | 03/10/2020 14:20:18 | Blacked | 03/06/2018 | 04/12/2018 | PA0002091581 |
| 11 | Info Hash: 230A6D45AD01B4CC67F19BABB58E68B928C42502<br>File Hash: 0514D07FB08BE468DC58262E31A69232E4D3FF1697271B02E7E5B031B399976B | 03/09/2020 17:23:22 | Blacked | 01/10/2019 | 02/02/2019 | PA0002155382 |
| 12 | Info Hash: 8258471D1150C44D7DD8069ACB130F6E920EF83B<br>File Hash: F99F0745E53CE184F96C324590D5F5F4493059CB9D2C927426140E74CB14B001 | 03/07/2020 13:52:28 | Vixen | 06/23/2018 | 07/26/2018 | PA0002112155 |
| 13 | Info Hash: FF16D5C558E22B9BA334778EF92DDCAC4B9C219F<br>File Hash: 0A6AC3A4977BD540B7DF072701AB010EE0AFC960275C3F4BBE458E3B8FAEF669 | 03/04/2020 15:17:02 | Vixen | 01/29/2020 | 02/20/2020 | PA0002229058 |
| 14 | Info Hash: E4A29DCED90FD2025DB4FC437EF6524E9838798E<br>File Hash: FEAB61843693022676A099A02FF4FDE01B2855B475E16A9B3A01A5D4BA7B3421 | 09/10/2019 00:10:12 | Tushy | 03/22/2018 | 04/17/2018 | PA0002116092 |
| 15 | Info Hash: 8E1C300640B1C2A820564A6724CBDC7E95A55DC1<br>File Hash: 44F8B37C061B8570B9D3DFFC93363801C888D31DF378868E5A5CECC30161EF19 | 09/08/2019 15:51:58 | Blacked Raw | 05/07/2019 | 06/03/2019 | PA0002178775 |
| 16 | Info Hash: DB525A07FF54B5A855CD15EAE4905BC4EA7BECF5<br>File Hash: 14962ABE607A8FE7AA75331E515DE439A8EF2A93866A4673D822A9A262B2B5D8 | 09/08/2019 15:37:35 | Blacked Raw | 08/20/2018 | 09/05/2018 | PA0002135002 |
| 17 | Info Hash: 1C6F4FA9ACB3B4E5B60430B3909F41BB012F6E95<br>File Hash: 00E0F33B2BFB37B93D6505165778A21F7BF380F3C80712678F32632B9425098C | 08/10/2019 16:26:46 | Blacked | 11/21/2018 | 01/22/2019 | PA0002149833 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 112F44AAEB428446B2368D0F8FB57765BE27D044<br>File Hash: 96225DF0286806DF434A704A453B2DB47BD092623EE2AD64A84F07040BB2C1B1 | 08/04/2019 20:23:42 | Vixen | 11/30/2018 | 12/18/2018 | PA0002141918 |
| 19 | Info Hash: 6EF60DD2C1B805D37DBD4D5B367C313E6980F01D<br>File Hash: A4C95567876BA329E128F8C067DE67F238FD20A85CE7521244B3EFFCBE7799FA | 07/18/2019 23:40:18 | Vixen | 09/11/2018 | 10/16/2018 | PA0002127780 |
| 20 | Info Hash: 46161EE4AD53F51B827C0DE61AE49F60447F3371<br>File Hash: CB83E5895BA73B6405E8D5B5878AADAE8E6D69449AF11F68D60EF54B7F1B9B5D | 07/15/2019 14:16:41 | Blacked Raw | 11/08/2017 | 12/04/2017 | PA0002097993 |
| 21 | Info Hash: 5BFE637521EFB20903511448DBBDA086387CEB48<br>File Hash: D71A83A099B25FA6FFD9865C9F1043444E132784432A97D5942896896EF7AD2E | 04/27/2019 21:27:30 | Vixen | 04/24/2018 | 06/19/2018 | PA0002126671 |
| 22 | Info Hash: DE76424EBE653EFB78920C417AA004896CA39985<br>File Hash: 52D76523A1F94791C146EDDE9BFC32CE235A58B9E31FDB80B83AB52EDFF94B81 | 04/25/2019 04:17:13 | Vixen | 04/29/2018 | 06/19/2018 | PA0002126677 |
| 23 | Info Hash: 489DB267C55395E44EC326BB587141F742BEF361<br>File Hash: E5446D85B9235FF52A49B895639612EF640BABF28653737C23381058BA952378 | 04/25/2019 01:05:38 | Tushy | 12/27/2017 | 01/23/2018 | PA0002101754 |
| 24 | Info Hash: A92F9D314D0018E679B15D122C8271C63C86598A<br>File Hash: DEF5CD86B2B7A3FA62AEA9D540AB623C77B0B30320F50F299AC7EDEC35945CE2 | 04/22/2019 08:12:03 | Vixen | 12/10/2017 | 01/04/2018 | PA0002097451 |
| 25 | Info Hash: 3D925EBC0EB2F34FDBF479303F5725A7BC3F1FAD<br>File Hash: 51830B69BFB87493650AD3F034E84308F146653B233692F7F6D12270944FD74B | 04/22/2019 01:52:37 | Vixen | 04/19/2019 | 05/28/2019 | PA0002200778 |
| 26 | Info Hash: CE82CC198C8C8E9C2B08EBCE6BF6E8654CB36F5D<br>File Hash: 761610DBACB2CEA13E7F3867B18EC05C49720502C12A5339948AE7F634895D77 | 04/22/2019 01:40:37 | Vixen | 04/14/2019 | 05/28/2019 | PA0002200761 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: A1116BE2B18C555A87C9C7F10F2A9993547AB7E8<br>File Hash: 5546CBB98784C49BFA005C7ECF8547318C7616531BD782ECD70EBB526FC2BD69 | 04/22/2019 01:26:18 | Vixen | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 28 | Info Hash: 4B8BF565F3196533263042EB68C4D144D24272DA<br>File Hash: 6CF607526C482701C8E135E8CCCAD7EFBC6566803A36EEB6D80F8B7672595465 | 04/03/2019 00:28:10 | Tushy | 08/29/2017 | 10/10/2017 | PA0002086144 |
| 29 | Info Hash: 634381318D1D22169D9CBA70B16D54632B3BD101<br>File Hash: 5C6D3F82799EFCC20BDC9269CD20A9F96233256319CFE8830C6D2A9CAA1E4AD0 | 03/21/2019 08:11:22 | Vixen | 10/26/2017 | 12/04/2017 | PA0002098029 |
| 30 | Info Hash: FB9A398272BA780164C07D098F547267AF0771A6<br>File Hash: 1134B2BB3F9290774302D583A6F32DAA47A72071BD4317B90F0B23BB05780428 | 03/20/2019 06:56:16 | Vixen | 08/22/2017 | 09/15/2017 | PA0002052852 |
| 31 | Info Hash: 95A01682A2924C6AAFCF746B00BDE06D3C94787A<br>File Hash: D97EDCE0A0F2ADAF80BCB385A6099C894EB0D5B9753A97366FF5BACEC6F9F18F | 03/20/2019 03:52:03 | Vixen | 10/31/2017 | 12/05/2017 | PA0002097990 |
| 32 | Info Hash: 8C56FC696AA633E942BD32490009D0FAE08C363F<br>File Hash: 6A89B232064EE76231F8D36CC703FF5E31ABB6BBDFCB3C85E94EC0CEC7491DC7 | 03/20/2019 03:51:53 | Vixen | 12/05/2017 | 01/04/2018 | PA0002097413 |
| 33 | Info Hash: 107612C476930A51D89F74ED85B69D536C61D952<br>File Hash: AA3E0E45F8703FA06176D21BD44F5F59547C5E168226DB557FB7236FB7C3F30B | 03/20/2019 03:51:49 | Vixen | 11/15/2017 | 12/04/2017 | PA0002098032 |
| 34 | Info Hash: 3258EC431681B06FA25143AC41879D98FF0EDE32<br>File Hash: B1C5F193AD71BA5DD776663D09C1A6742D778A5BAE4ADAD66C093A624AD6F293 | 03/20/2019 03:51:49 | Vixen | 11/30/2017 | 01/04/2018 | PA0002097470 |
| 35 | Info Hash: 6DF86B1B14EC9FF1D81770CB7231EBE5E24CC42C<br>File Hash: 41A956D20B84CF6488F75B1959E1DDBB743A06A108633AF56E2979EC19DCBAB5 | 03/20/2019 03:51:47 | Vixen | 11/05/2017 | 11/30/2017 | PA0002098007 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 44943F07B9E0C7D1E1E9B164C683075B49EA5103<br>File Hash: 6315A11670751934CB251F783345AEC825277CE10C7E6D1D30E4404C2966686A | 03/20/2019 03:51:47 | Vixen | 11/10/2017 | 12/04/2017 | PA0002097978 |
| 37 | Info Hash: 7612E62FD8712DE8120210701A8C3AF69502BF9E<br>File Hash: 9757EE63183EA9D0535452CA74967E60C7662E17CF7E9AAF16B7609B5F95CCD1 | 03/20/2019 03:51:47 | Vixen | 05/19/2017 | 06/22/2017 | PA0002039287 |
| 38 | Info Hash: 72B59605ED25EA90705A8389AFC14C3344F363E4<br>File Hash: 4C87F2A661D8F2D50C12B363AEA39CCBA365C20999D08A48CA06BD3CE8B4E19A | 03/20/2019 03:51:29 | Vixen | 02/03/2018 | 02/20/2018 | PA0002104152 |
| 39 | Info Hash: B4FC2280092E23C15AC5504F8903203E8A2EFF07<br>File Hash: 35C707D79EB2A3914A51CAF3DEBFAC8F48D3E4F9A0F91B0C5D9C8181F8886A17 | 03/20/2019 00:49:04 | Vixen | 10/01/2017 | 10/10/2017 | PA0002086155 |
| 40 | Info Hash: 8AA35B136BAD524ABE532FF7416DCBEDF3D5C782<br>File Hash: 8F198D597802DA68E34FA5BCF8D9F4B9EAC2F19B1E474F1898480231B0458C0D | 03/20/2019 00:48:12 | Vixen | 12/15/2018 | 01/22/2019 | PA0002147905 |
| 41 | Info Hash: B49A01382B7A1DAE1E53FF88829EA3366BE59180<br>File Hash: A0E6BF33567940E34F01A7FDE402967A16B455E1EFE722B443258952585D9B11 | 03/20/2019 00:42:54 | Vixen | 12/25/2018 | 01/22/2019 | PA0002147901 |
| 42 | Info Hash: B8769C8BE816B2B7BF1AFA124C739C016CBB3E2A<br>File Hash: 9960EC5F0A0108A03C2E0FE6784036732318B22F6E3198B4D9C980AAA631FC78 | 03/20/2019 00:34:09 | Vixen | 06/08/2018 | 07/14/2018 | PA0002128445 |
| 43 | Info Hash: 6CA8A9009A2A5C92F445BC0EFBD8437AE4F2B285<br>File Hash: 78ECF34E5D017B1E649559C7CCAC3B245A567BF72CA4C71A7BC30C92EBFE182A | 03/20/2019 00:27:08 | Vixen | 08/02/2017 | 08/17/2017 | PA0002077667 |
| 44 | Info Hash: 444FD4E358F84BC9FEE02E1AFDE513858E0E71DA<br>File Hash: E350AFC8970887ED68CEE95ED34308B99D2BCF2BF6967CBD154F5ABAA5654C94 | 02/24/2019 22:30:59 | Vixen | 09/21/2017 | 10/10/2017 | PA0002086168 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: E54618D0F31D450D08F63E9C3CA1FD302DB64881<br>File Hash: 94050C50FE687E1D842C2C6B8C57767607BB4D360F3675B5D10636BBB406FF34 | 02/17/2019 05:07:30 | Blacked | 06/24/2017 | 07/07/2017 | PA0002070822 |
| 46 | Info Hash: 1D8C99B00AD138010A90E2C90CAF50FD026C7A08<br>File Hash: 401885011E3BCE8CA80559E5B6FB73D5125A715B86CB32A6EBF7E8ECAC5E1CCE | 12/29/2018 18:07:54 | Blacked | 10/17/2018 | 10/28/2018 | PA0002130456 |